**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | No. 11-03001-01-CR-S-RED |
| ) | |
| Plaintiff, ) | 29 U.S.C. § 501(c) |
| ) | |
| vs. ) | NMT 5 Years Imprisonment |
| ) | NMT $250,000 Fine |
| **GAROLD W. LAWSON, SR.** ) | NMT 3 Years Supervised Release |
| [DOB: 04/29/1943], ) | Class D Felony |
| ) | Restitution |
| Defendant. ) | $100 Special Assessment |

## I N F O R M A T I O N

THE UNITED STATES ATTORNEY CHARGES:

From in or before September 2004 through in or about January 2010, in Pulaski County, in the Western District of Missouri, Defendant, **GAROLD W. LAWSON, SR.**, while an officer, that is, President, and employee of Local R14-139 of the National Association of Government Employees ("Local R14-139"), a labor organization engaged in an industry affecting commerce, on multiple occasions and as part of a single course of conduct and scheme, did embezzle, steal and unlawfully and willfully abstract and convert to his own use the moneys, funds, securities, property, and other assets of Local R14-139 in an aggregate amount of more than $50,000, in that Defendant voluntarily and intentionally took money and funds of Local R14-139 for his own use

knowing that he was neither authorized nor entitled to do so; all in violation of Title 29, United States Code, Section 501(c).

                                                Beth Phillips.
                                                United States Attorney

                                       By   /s/ Douglas C. Bunch

                                                Douglas C. Bunch
                                                Assistant United States Attorney
                                                Missouri Bar No. 35052
                                                500 Hammons Tower
                                                901 St. Louis Street
                                                Springfield, Missouri  65806
                                                (417) 831-4406

2

Case 6:11-cr-03001-MDH   Document 3   Filed 01/06/11   Page 2 of 2